UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:06-Civ-80226-Middlebrooks

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

GARDEN OF LIFE, INC. and
JORDAN S. RUBIN,

    Defendants.

**PLAINTIFF'S WITHDRAWAL AS TO REMANDED CLAIMS
IN MOTION FOR AN ORDER TO SHOW CAUSE WHY
DEFENDANTS SHOULD NOT BE HELD IN CIVIL CONTEMPT**

On September 8, 2011 Plaintiff Federal Trade Commission ("Commission") filed a Motion for an Order to Show Cause Why Defendants Garden of Life, Inc. and Jordan S. Rubin Should Not Be Held in Civil Contempt of the Stipulated Final Order ("Contempt Motion"), Docket No. ("D.E.") 16.  The Court ruled on February 28, 2012 against the motion.  D.E. 77. The Commission appealed, and on April 15, 2013 the Court of Appeals for the Eleventh Circuit affirmed in part.  However, the Court of Appeals vacated and remanded the Court's ruling as to the alleged violations of Section 2 of the Stipulated Final Order.  D.E. 87.

The Commission now withdraws its Contempt Motion as to the remanded allegations, specifically the alleged violations of Section 2 of the Stipulated Final Order.  The undersigned counsel conferred with Jeffrey Bucholtz, counsel for Defendants, who indicated that the Defendants consent to withdrawal of the motion as to the remanded claims.

Dated: July 2, 2013　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Douglas V. Wolfe_____
　　　　　　　　　　　　　　　　　　Douglas V. Wolfe
　　　　　　　　　　　　　　　　　　(Bar No. A5500779; DC Bar No. 437476)
　　　　　　　　　　　　　　　　　　Federal Trade Commission
　　　　　　　　　　　　　　　　　　600 Pennsylvania Ave., NW
　　　　　　　　　　　　　　　　　　Washington, DC 20580
　　　　　　　　　　　　　　　　　　Tel.:　(202) 326-3113
　　　　　　　　　　　　　　　　　　Fax:　(202) 326-2558
　　　　　　　　　　　　　　　　　　Email: dwolfe@ftc.gov

　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　Federal Trade Commission

## Certificate of Service

**I hereby certify** that on July 2, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the service list below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Douglas V. Wolfe
Douglas V. Wolfe

## SERVICE LIST

Jeffrey S. Bucholtz
KING & SPALDING LLP
1700 Pennsylvania Ave., NW
Washington, DC 20006

Merrit E. McAlister
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta GA 30309

Attorneys for Defendants
Garden of Life, Inc. and
Jordan S. Rubin

Method of service: ECF